

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00051-CV

| | | |
|---|---|---|
| BUILDER RECOVERY SERVICES LLC, Appellant/Appellee | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-304811-18) |
| V. | § | January 7, 2021 |
| THE TOWN OF WESTLAKE, TEXAS, Appellee/Appellant | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part, reversed and rendered in part, and reversed and remanded in part.

We reverse the portion of the trial court's judgment that declares a license fee is unlawful and invalid under Texas Health and Safety Code Section 361.0961(a)(3), and we render judgment that Builder Recovery Services LLC take nothing as to that claim.

We dismiss as moot the portion of Builder Recovery Services LLC's appeal that challenges the trial court's ruling as to the now-repealed 15% license fee, vacate the trial court's declaration invalidating the 15% license fee for reasons other than the fee violates Section 361.0961(a)(3) of the Texas Health and Safety Code, and dismiss BRS's claims challenging the 15% license fee as an unconstitutional occupation tax.

We reverse the trial court's award of attorney's fees and remand that issue to the trial court.

We affirm the remainder of the trial court's judgment.

It is further ordered that Builder Recovery Services LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel